UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 8:15-cv-598-T-33MAP

FUNDS SEIZED FROM THREE
BANK ACCOUNTS,

    Defendants.

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture for $14,322.00 of the funds seized from Suncoast Schools Federal Credit Union Account Number 3079188, held in the names of Neisy and Lazaro Munoz (Suncoast Funds), pursuant to the provisions of 31 U.S.C. § 5317(c)(2) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

Having been fully advised in the premises, the Court hereby finds that approximately $14,322.00 of the Suncoast Funds is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), because they constitute proceeds of wire, mail, and health care fraud and, pursuant to 18 U.S.C. § 981(a)(1)(A), because the funds were involved in money laundering.

The Court further finds that the only parties known to have an alleged interest in the Defendant Funds are Neisy Munoz and Lazaro Munoz. In accordance with the provisions of Supp'l Rule G(4)(b)(i), the parties identified

above, received actual notice of this action and were sent a copy of the Complaint for Forfeiture *in Rem*.

The Court further finds that Neisy Munoz entered into a Stipulated Settlement Agreement and agreed to the forfeiture of $14,322.00 of the Suncoast Funds and the United States seeks to dismiss the remaining $24,000.00 and return those funds to Neisy Munoz.

The Court further finds that the United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government internet website ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on March 21, 2015, pursuant to Supp'l Rule G(4)(a)(iv)(C).

The Court further finds that no other party with an alleged interest in the Suncoast Funds has timely filed a claim, and the time for filing such a claim has expired. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is further ORDERED that, pursuant to the provisions of 31 U.S.C. § 5317(c)(2) and Supp'l Rule G, all right, title, and interest in $14,322.00 of the Suncoast Funds is hereby CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the $14,322.00 is now vested in the United States of America.

It is further ORDERED that the remaining $24,000.00 is hereby dismissed from this action.

The Clerk shall close the case.

DONE and ORDERED in Tampa, Florida, this 16th day of July, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
David Abrams, Esquire
Counsel of Record